**Opinion issued October 24, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00786-CV**

———————————

## IN RE MAY 5, 2023 SHELL DEER PARK FIRE LITIGATION

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators Shell USA, Inc. and Shell Chemical LP filed a petition for writ of mandamus challenging the trial court's denial of their motion for a continuance of trial setting.[1] On the same day that the mandamus petition was filed with our Court,

---

[1] The underlying case is *In re May 5, 2023 Shell Deer Park Fire Litigation*, cause number 2023-60565, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

relators filed a motion to voluntarily dismiss the petition. We grant the motion and dismiss this original proceeding.

**PER CURIAM**

Panel consists of Justices Goodman, Guerra, and Gunn.